**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WAHIID ALAMIIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-08-1371-F |
| ) | |
| DAVID MILLER, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

In his Report and Recommendation of August 5, 2009 (doc. no. 26), Magistrate Judge Doyle W. Argo recommends that plaintiff's motions for a temporary restraining order and a preliminary injunction be denied. (Motions at doc. nos. 6, 12.)

Plaintiff has objected (doc. no. 37), attempting to address at least some of the issues raised by the magistrate judge. For example, in his objection, plaintiffs makes statements regarding why, in plaintiff's opinion, pork-free and meatless diets do not satisfy Halaal dietary requirements. The court also notes that the Tenth Circuit has recently requested supplemental briefing in Madyun Abdulhaseeb a/k/a Jerry L. Thomas v. Sam Calbone, Warden, et al., No. 08-6092 (order of July 6, 2009), regarding standards for determining whether an inmate has a strongly held religious belief for purposes of dietary requirements.

After *de novo* review, the court agrees with the magistrate judge's conclusion that the motions should be denied because plaintiff has not made the necessary showing to entitle him to the type of extraordinary relief requested. Accordingly, the result recommended in the Report is **AFFIRMED**. Plaintiff's objections to the Report

-2-

are **DENIED**, and the motions for extraordinary relief are **DENIED**. This action remains referred to the magistrate judge for purposes set out in the original referral.

Dated this 28th day of October, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-1371p004.wpd