# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| WAHIID MUJAHEED ALAMIIN, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-08-1371-F |
| DAVID MILLER, et al., | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, a prisoner appearing *pro se*, brings this action pursuant to 42 U.S.C. § 1983 and § 2000cc, alleging violation of his constitutional rights and his rights under the Religious Land Use and Institutionalized Persons Act (RLUIPA). The November 20, 2009 Report and Recommendation of Magistrate Judge Doyle W. Argo (doc. no. 51) recommends that plaintiff's claims against defendant Leo Brown be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P. The Report advises that any objection to the Report must be filed by December 10, 2009, and states that failure to make timely objection to the Report waives the right to appellate review of both factual and legal questions contained in the Report. No objection to the Report has been filed, and no request for an extension of time within to file such an objection has been sought.

Having reviewed the matter, and with there being no objection, the court finds that it agrees with the Report. It further finds that no purpose would be served by stating any further analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Argo is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety. Plaintiff's claims against

defendant Leo Brown are **DISMISSED** without prejudice under Rule 4(m). This action remains referred.

Dated this 6th day of January, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-1371p005.wpd